## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-215 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| SHAWN DOUGLAS GODFREY, | |
| Defendant. | |

_____

Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Thomas Heffelfinger and Alison Olig, **BEST & FLANAGAN LLP**, 225 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the motion of the United States to amend the indictment in this case to correct the statutory citation in Count 5. The defendant has no objection to this motion.

Accordingly, **IT IS HEREBY ORDERED** that the government's motion to amend the Indictment [Docket No. 18] is **GRANTED** and the Clerk of Court shall file the amended indictment in the case.

Dated: September 9, 2010
at Minneapolis, Minnesota                    ____s/ John R. Tunheim____
                                             JOHN R. TUNHEIM

United States District Judge