<pre>
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
</pre>

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>SHAWN DOUGLAS GODFREY,<br><br>               Defendant. | Criminal No. 10-215 (JRT/AJB)<br><br>**ORDER** |
|---|---|

    James Alexander and Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

    Thomas Heffelfinger and Kathleen McMahon, **BEST & FLANAGAN LLP,** 225 South Sixth Street, Suite 4000, Minneapolis, MN 55102, for defendant.

    The Defendant, Shawn Godfrey has moved to amend his conditions of pretrial detention [Docket No. 33] for the purpose of travel to the state of Florida with his parents between December 24 and January 5. There are no objections to granting this request with certain conditions.

    The Court, having considered all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that the Order setting Conditions for Release for Defendant Shawn Godfrey is hereby amended to allow for the Defendant to travel outside of the District of Minnesota to the State of Florida during the time period on or about December 24, 2010, through January 5, 2011, pursuant to the following specific conditions:

    1.    Defendant shall reside at the home of Defendant's parents, Dr. Douglas Godfrey and Patricia Godfrey, at 17 Cypress Wood Dr., Palm Coast, Florida (cell phone: (763) 360-7166), during all times of the above-mentioned period.

2. At all times while in Florida, Defendant shall remain in the custody and control of one of his parents or another responsible adult designated by the parents, regardless of whether Defendant is in the Florida residence or away from the residence.

3. Defendant shall notify Pretrial Services Officer Penny Wickenheiser of Defendant's specific travel plans prior to departure from the District of Minnesota.

4. Defendant shall notify Pretrial Services Officer Penny Wickenheiser upon his arrival in the State of Florida and upon his return to the District of Minnesota.

Defendant's parents, Dr. Douglas Godfrey and Patricia Godfrey, while Defendant is in their custody in the State of Florida, shall supervise Defendant in accordance with all of the Conditions of Release, shall use every effort to assure Defendant's appearance at all future scheduled court appearances and shall notify the Court or Pretrial Services immediately if Defendant violates any Conditions of Release or disappears.

DATED: November 22, 2010

at Minneapolis, Minnesota.                  ___s/ John R. Tunheim____
                                                                                             JOHN R. TUNHEIM
                                                                                United States District Judge

5.