UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-215 (1) (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| SHAWN DOUGLAS GODFREY, | |
| Defendant. | |

_____

James Alexander and Jeffrey Paulsen, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Kathleen McMahon and Thomas Heffelfinger, BEST & FLANAGAN LLP, 225 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the defendant's motion to seal document. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the defendant's motion to seal document [Docket No. 53] is **GRANTED**.

DATED: February 1, 2011
at Minneapolis, Minnesota
                                                     s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                        United States District Judge